# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 9:23-po-5068-M-KLD |
| **Plaintiff,** | Violation: 9470136 |
| vs. | |
| **BETTY G. LYNN,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and the warrant is quashed.

Dated this 11th day of June, 2024.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1